Joseph McManus, Appellant, v. Abraham Samuel and Others, Doing Business under the Firm Name and Title of M. Samuel & Sons, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Andrew Mehler, Appellant, v. William F. Baker and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Burr, Thomas, Rich, and Carr, JJ., concurred.

George P. Merwin, Appellant, v. Vittoria Romanelli, Respondent, Impleaded etc.— Judgment affirmed by default, with costs. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Harvey Murdock, Respondent, Appellant, v. Thomas L. Leeming and The Brooklyn Trust Company, as Executors, etc., of Leonard J. Busby, Deceased, Appellants, Respondents, Impleaded with Melle G. Busby and Others, Defendants.— So much of the order appealed from as denies discovery and inspection of original letters of plaintiff to the decedent, and of letter-press copies of letters from the decedent to his agents, and to the plaintiff, concerning the property specified in the Queens borough accounts, is reversed and plaintiff's motion for such discovery and inspection is granted. In all other respects the order is affirmed, without costs to either party. No opinion. Woodward, Jenks, Thomas and Rich, JJ., concurred; Carr, J., not voting.

Henry S. Naul, Respondent, v. Bernard D. Meyer and Albert H. Witte, Appellants.— Judgment and order of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

The New York, New Haven and Hartford Railroad Company, Respondent, v. The City of Mount Vernon, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ., concurred.

Richard Nolan, Respondent, v. William Brand, Appellant.— Judgment and order of the Municipal Court reversed and new trial ordered, costs to abide the event, for the reason that the plaintiff did not offer any proof of his observance of due care. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

Franklin C. Norton, Respondent, v. Fred J. Lancaster, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

John Passarelli, Appellant, v. Raffaele Ramunno and Another, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Thomas, Rich and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. James J. Mannix, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

The People of the State of New York ex rel. George A. Heinick, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination reversed and relator restored to his position, with fifty dollars costs and disbursements. No opinion. Woodward, Jenks and Thomas, JJ., concurred; Rich and Carr, JJ., dissented.